# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG WOODARD, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 17-5330 |
| BARRY SMITH, et al., | : |
| Respondents. | : |

## ORDER

**AND NOW**, this __25th____ day of March, 2019, upon careful and independent consideration of Petitioner's Petition for Habeas Corpus ("Petition") (Doc. 1), Respondents Response thereto (Doc. 10), Magistrate Judge Thomas J. Rueter's Report and Recommendation ("Report and Recommendation") (Doc. 12), and Petitioner's Objections thereto (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED**;
2. Petitioner's Petition is **DENIED**; and
3. A certificate of appealability is not granted.

        **BY THE COURT:**

        **/s/ Petrese B. Tucker**
        _____
        **Hon. Petrese B. Tucker, U.S.D.J.**